OFFICE OF DISCIPLINARY COUNSEL *v.* CHAVERS.

[Cite as Disciplinary Counsel *v.* Chavers (1990), 55 Ohio St. 3d 18.]

(No. 90-793—Submitted June 19, 1990—Decided November 7, 1990.)

*J. Warren Bettis,* disciplinary counsel, and *Charles T. Brown,* for relator.

*Per Curiam.* Having thoroughly reviewed the record in this case, we agree with the board's findings of

misconduct and its recommendation. We therefore order that respondent be indefinitely suspended from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.